# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DENNIS HUTCHINSON                                                                               PETITIONER
ADC#143206

v.                                          NO. 5:15CV00342 JLH/BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                                          RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. In addition, the Court has considered Mr. Hutchinson's objections to the Recommendation and has reviewed *de novo* those portions of the record relevant to those objections.

After careful consideration, this Court adopts the Recommendation as its own.[1] Dennis Hutchinson's petition for writ of habeas corpus (docket entry #1) is denied and dismissed, without prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED this 30th day of November, 2015.

                                                                                    */s/ J. Leon Holmes*
                                                              UNITED STATES DISTRICT JUDGE

---

[1] The correct case number for Hutchinson's prior petition under section 2254 is 5:13CV00052-JLH.