IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DENNIS HUTCHINSON                                                                           PETITIONER
ADC#143206

v.                                          NO. 5:15CV00342 JLH/BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, Dennis Hutchinson's 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #1) is DENIED and DISMISSED, without prejudice.

IT IS SO ORDERED this 30th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE